**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES – GENERAL**</u>

| | |
|---|---|
| Case No.    5:23-cv-01205-JGB-AJR | Date:  November 28, 2023 |
| | Page 1 of 2 |

Title: <u>Kareem Milhouse v. B. Lammer</u>

DOCKET ENTRY:  **ORDER TO SHOW CAUSE RE FAILURE TO FILE TIMELY OPPOSITION AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

<u>**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**</u>

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENT:

   None Present                                    None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On June 21, 2023, *pro se* Petitioner Kareem Milhouse ("Petitioner"), an inmate in the custody of the Federal Bureau of Prisons ("BOP") at United States Penitentiary, Victorville ("USP Victorville"), filed a 28 U.S.C. § 2241 Petition (the "Petition") against Respondent B. Lammer ("Respondent"). (Dkt. 1.)

On October 13, 2023, Warden Lammer ("Respondent") filed a Motion to Dismiss the Petition on the basis that Petitioner has failed to exhaust his administrative remedies. (Dkt. 12.)  Petitioner's Opposition to the Motion to Dismiss was due by November 12, 2023, within 30 days of service of the Motion.  (<u>See</u> Dkt. 8, ¶ 9.)

Sixteen days have passed since Petitioner's deadline to file an Opposition to Respondent's Motion to Dismiss.  Petitioner is advised that pursuant to Local Rule 7-12, failure to file required papers may be deemed consent to the granting of the Motion.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    5:23-cv-01205-JGB-AJR                     Date:  November 28, 2023
                                                       Page 2 of 2

Title:  Kareem Milhouse v. B. Lammer

---

**Petitioner is further advised that failure to file an Opposition to the Motion to Dismiss may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**  Petitioner is ordered to file an Opposition, if any, within 14 days of the date of this Order (**December 12, 2023**).

    IT IS SO ORDERED.