**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREEM MILHOUSE,<br><br>            Petitioner,<br><br>     v.<br><br>B. LAMMER,<br><br>            Respondent. | Case No. 5:23-cv-01205-JGB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered GRANTING Respondent's Motion to Dismiss, Denying Petitioner's Rule 56(d) Motion, and DISMISSING the First Amended Petition WITHOUT PREJUDICE for lack of exhaustion.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 19, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE