JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KAREEM MILHOUSE, | Case No. 5:23-cv-01205-JGB-AJR |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| B. LAMMER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 19, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE